# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 15, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139243 & (13)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

STEVEN PAUL SIMON,
       Defendant-Appellant.

SC:   139243
CoA:  291838
Macomb CC: 08-4611-FH

_____

     On order of the Chief Justice, defendant-appellant having indicated in writing that he wishes to withdraw his application for leave to appeal, the application for leave to appeal is DISMSSED with prejudice and without costs.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2009

Clerk